UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Mariela Itayim, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CYS Group, Inc.,<br><br>*Defendant*. | Case No. 0:19-cv-62197-SCOLA |

## NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Mariela Itayim, by and through undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. The parties will file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval by February 14, 2020.

Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

Date: January 31, 2020

*/s/ Avi R. Kaufman*
Avi R. Kaufman (Florida Bar No. 84382)
KAUFMAN P.A.
400 NW 26TH Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff and all others similarly situated*