United States District Court
for the
Southern District of Florida

Mariela Itayim and others, )
Plaintiffs )
)
v. ) Civil Action No. 19-62197-Civ-Scola
)
)
CYS Group, Inc., Defendant

**<u>Order Administratively Closing Case upon Notice of Settlement</u>**

The parties have settled this action on a class-wide basis. (ECF No. 18.) By **February 21, 2020**, the parties must file a motion to certify the settlement class pursuant to Federal Rule of Civil Procedure 23(e) and seeking preliminary approval of the class settlement.

The Court directs the Clerk to **close** this case. Any party may move to re-open the case if there is a problem in reaching a final settlement agreement. Any pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on February 3, 2020.

Robert N. Scola, Jr.
United States District Judge